UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Case No. 13-20055
HON. GEORGE CARAM STEEH

EMMANUEL GYAMFI,

    Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION FOR SENTENCING RELIEF (DOC. 58)

Defendant Emmanuel Gyamfi was found guilty of importing a controlled substance in violation of 21 U.S.C. §§ 952(a) and 960(b)(3) and possession with intent to distribute in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C). (Doc. 35 at PageID 657). Gyamfi was sentenced to 72 months imprisonment. (Doc. 35 at PageID 658).

Gyamfi filed a motion for sentencing relief under 18 U.S.C. § 3624. (Doc. 58). Gyamfi cites subsection (g), which calls for early release of certain non-violent offenders if they are at least 45 years old, committed no violent offenses, and received no institutional disciplinary violations. (Doc. 58 at PageID 780-81). Gyamfi relies on language of a proposed amendment to 18 U.S.C. § 3624. The language in subsection (g) appears

in various Congressional bills, *see e.g.* H.R. 64, 115th Cong. (2017), none of which were ever signed into law.

Gyamfi's claims are not supported by law. As such, his motion is DENIED.

IT IS SO ORDERED.

Dated: May 9, 2018

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on May 9, 2018, by electronic and/or ordinary mail and also on Emmanuel Gyamfi #47951-039, Big Spring CI, 2001 Rickabaugh Dr., Big Spring, TX 79720.

s/Marcia Beauchemin
Deputy Clerk

---